

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00510-CR

Rene Orlando **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7050
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 19, 2018.

Sandee Bryan Marion, Chief Justice